UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUTAZ AL-SHARA,                          Case No. 26-11390

     Plaintiff,                          F. Kay Behm
v.                                       United States District Judge

PEOPLE'S REPUBLIC OF
CHINA,

     Defendant.
_____ /

## **JUDGMENT**

     **IT IS ORDERED AND ADJUDGED** that pursuant to the

court's order dismissing this case, this civil action is **DISMISSED**

**WITHOUT PREJUDICE**.  This is a final order and closes the case.

     **SO ORDERED**.

Date: June 4, 2026                    s/ F. Kay Behm
                                      F. Kay Behm
                                      United States District Judge

1